# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Guillermo Lugo Gonzalez          **Docket Number:**   1:13CR00308-01 LJO

**Name of Judicial Officer**:   United States District Judge Lawrence J. O'Neill

**Date of Original Sentence:**   1/21/2009

**Original Offense:** 21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(A), Conspiracy to possess, with intent to distribute, 44.09 kilograms of cocaine (CLASS B Felony)

**Original Sentence:** 57 months Bureau of Prisons; 4 years supervised release; $100 special assessment; mandatory drug testing (Southern District of Texas Dkt. No. 7:06CR00329-001).

**Special Conditions:** None

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   3/11/2013

**Other Court Actions:**

<u>**08/07/2013**</u>**:**          Transfer of Jurisdiction accepted by the United States District Court for the Eastern District of California.

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

**Justification:** A review of the Substance Abuse Section of the offender's Presentence Investigation Report (PSR), reveals the offender reportedly commenced using alcohol when he was 17 years old. He admitted to heavy usage over the course of his entire adult life, and stated that he usually drank 24 cans of beer a night, on weekends. In addition, the offender admitted to decades of weekly marijuana usage and reported he abused cocaine, often on a daily basis, during the 1990s. According to the offender, his drug and alcohol use has caused him many problems. Due to alcohol and illicit drug use clearly being a negative factor in the offender's life, a special condition for drug testing and alcohol restrictions appear warranted. The offender has acknowledged his willingness to modify his conditions by signing a Waiver of Hearing to Modify Conditions of Supervised Release, which is provided for your review.

Respectfully submitted,

**/s/ Rick Tarazon**

**Rick Tarazon**
**United States Probation Officer**
Telephone: (559) 499-5700

**DATED:**   January 4, 2014

Reviewed by,

**/s/ Robert Ramirez  for**

**Hubert J. Alvarez**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒   Modification approved as recommended.

☐   Modification not approved at this time. Probation Officer to contact Court.

☐   Other

CC:

United States Probation

United States Attorney

Defense Counsel: Michael D. Olson

IT IS SO ORDERED.

   Dated:   **January 6, 2014**                    **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE